# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANIEL GERSTENHABER, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CLIENT RESOURCE GROUP, INC.

Defendant.

Case No. 8:19-cv-02004-JLS-ADS

**ORDER GRANTING STIPULATION TO DISMISS**

District Judge: Josephine L. Staton

The Court has reviewed the Stipulation to Dismiss of Plaintiff Daniel Gerstenhaber and Defendant Client Resource Group, Inc. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 20, 2020

JOSEPHINE L. STATON

_____

Hon. Josephine L. Staton
United States District Judge

{00142506;1}

1

ORDER GRANTING STIPULATION TO DISMISS
Case No: 8:19-cv-02004-JLS-ADS